# EXHIBIT A

# REGISTER OF ACTIONS
## CASE NO. 23-DCV-306138

| | | |
|---|---|---|
| Manuel Cardenas, Individually and as Next Friend of X.X. and XY.X., Minors v. Amuel Trucking LLC and Amanuel Tamrat | § §<br>§<br>§<br>§ | Case Type: **Injury or Damage Involving Motor Vehicle**<br>Date Filed: **07/18/2023**<br>Location: **268th District Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant or Respondent** | Amuel Trucking LLC<br>Harrisonburg, VA 22802 | |
| **Defendant or Respondent** | Tamrat, Amanuel<br>Fairfx, VA 20391 | |
| **Plaintiff or Petitioner** | Cardenas, Manuel | Ryan Jon Browne<br>*Retained*<br>214-526-7900(W) |
| **Plaintiff/Minor** | Manuel Cardenas as Next Friend of X.X | Ryan Jon Browne<br>*Retained*<br>214-526-7900(W) |
| **Plaintiff/Minor** | Manuel Cardenas as Next Friend of XY. X. | Ryan Jon Browne<br>*Retained*<br>214-526-7900(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 07/18/2023 | **Petition      Index # 1** | | |
| | *Plaintiff's Original Petition* | | |
| 07/18/2023 | **Request      Index # 2** | | |
| | *Request for Process* | | |
| 07/18/2023 | **Jury Demand      Index # 3** | | |
| 07/27/2023 | **Request      Index # 4** | | |
| | *Cover Letter Additional Fees* | | |
| 07/28/2023 | **Issuance      Index # 5** | | |
| | *Citation Issued to Amanuel Tamrat* | | |
| 07/28/2023 | **Citation** | | |
| | *e-service* | | |
| | Tamrat, Amanuel | Unserved | |
| 07/28/2023 | **Issuance      Index # 6** | | |
| | *Citation Issued to Amuel Trucking LLC* | | |
| 07/28/2023 | **Citation** | | |
| | *e-service* | | |
| | Amuel Trucking LLC | Unserved | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff or Petitioner** Cardenas, Manuel | | | |
| | Total Financial Assessment | | | 384.00 |
| | Total Payments and Credits | | | 384.00 |
| | **Balance Due as of 08/06/2023** | | | **0.00** |
| 07/18/2023 | Transaction Assessment | | | 380.00 |
| 07/18/2023 | E-filing | Receipt # 2023-26946-DCLK | Cardenas, Manuel | (243.00) |
| 07/18/2023 | State Credit | | | (137.00) |
| 07/27/2023 | Transaction Assessment | | | 4.00 |
| 07/27/2023 | E-filing | Receipt # 2023-28601-DCLK | Cardenas, Manuel | (4.00) |
| 07/28/2023 | Transaction Assessment | | | 12.00 |

Filed
7/18/2023 4:34 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Estefani Gonzalez

CAUSE NO. __23-DCV-306138__

| | | |
|---|---|---|
| MANUEL CARDENAS, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIEND OF X.X. AND XY.X., MINORS | § | |
| | § | Fort Bend County - 268th Judicial District Court |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| AMUEL TRUCKING LLC AND | § | |
| AMANUEL TAMRAT | § | FORT BEND COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Manuel Cardenas, Individually and as Next Friend of X.X. and XY.X., Minors ("Plaintiff") files this Original Petition complaining of Defendants Amuel Trucking LLC and Amanuel Tamrat ("Defendants") and for cause of action states the following:

### DISCOVERY CONTROL PLAN

1.      Pursuant to Rules 190.1 and 190.3 of the Texas Rules of Civil Procedure, Plaintiff states that discovery in this cause is intended to be conducted under Level 3.

### JURY DEMAND

2.      Pursuant to Rules 216 and 217 of the Texas Rules of Civil Procedure, Plaintiff requests a jury trial of this matter.  Accordingly, Plaintiff tenders the proper jury fee with the filing of Plaintiff's Original Petition.

### PARTIES

3.      Plaintiff Manuel Cardenas is an individual residing in Harris County, Texas. Plaintiff Manuel Cardenas is the natural father of Minors X.X. and XY.X., and appears herein Individually and as a Next Friend and Legal Guardian of X.X. and XY.X.

4.      Defendant Amuel Trucking LLC is a non-resident foreign entity that is doing business in the State of Texas; a current search of records from the Texas Secretary of State (a) does not reveal the correct corporate entity name, (b) does not reflect a regular place of business

Copy from re:SearchTX

in Texas, and (c) does not designate an agent for service of process.  This non-resident entity is doing business in the State of Texas, therefore pursuant to CPRC § 17.044 service of process may be accomplished by service on the Secretary of State, Citations Unit, 1019 Brazos, Room 105, Austin, Travis County, 78701, who will accomplish service upon Defendant Amuel Trucking LLC by mailing a copy of the citation and petition to the Defendant by registered mail or certified mail return receipt requested to its President, Amanuel Tamrat at 1010 Woodbury Circle, Apt. 302, Harrisonburg, VA 22802.

5.   Defendant Amanuel Tamrat is a nonresident. A current search of records indicates that he resides at (███████████████████████████ and may be served by delivering a copy of the citation directed to Defendant and this petition, by and through his substituted agent for service of process, J. Bruce Bugg, Jr., Chairman, Texas Transportation Commission, 125 E. 11th Street, Austin, Texas 78701, pursuant to Tex.Civ. Prac. & Rem. Code § 17.062.

## VENUE AND JURISDICTION

6.   Venue is proper in this Court by virtue of Tex. Civ. Prac. & Rem. Code §15.002(a). Furthermore, this Court has jurisdiction in that the damages being sought are within the jurisdictional limits of this Court.

## FACTS

7.   This lawsuit is based on a motor vehicular collision occurring on or about January 7, 2023 at the Northbound lanes of U.S. Highway 59 in Fort Bend, Texas (hereinafter referred to as "The Collision").

8.   The Collision was proximately caused by the negligence and / or negligence *per se* of Defendants.

Copy from re:SearchTX

9.     Defendant Amanuel Tamrat was working in the course and scope of his employment for Defendant Amuel Trucking LLC.  As a result of the collision, Plaintiff suffered serious, severe, and life altering injuries and damages.

## CAUSES OF ACTION

### Negligence, Negligence *Per Se*, and/or *Respondeat Superior*

10.    At the time of The Collision, Defendants were negligent and / or negligent *per se* in one or more of the following particulars:

    a.      In failing to keep such a lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

    b.      In failing to timely apply the brakes of the vehicle in order to avoid the collision in question;

    c.      In driving a vehicle at a rate of speed which was greater than that which an ordinarily prudent person would have driven under the same or similar circumstances;

    d.      In failing to yield the right-of-way;

    e.      In failing to maintain the vehicle under control;

    f.      In following too closely;

    g.      In disregarding traffic signals;

    h.      In failing to take proper evasive action;

    i.      In driving while inattentive;

    j.      In driving while looking at Defendant's cell phone, texting, emailing, or otherwise using a cellular device which diverted Defendant's attention from the road in front of Defendant; and

    k.      In violating Texas Transportation Code Section 545.4251 (use of portable wireless communication device for electronic messaging).

11.    At the time of The Collision, Defendant Amanuel Tamrat was acting in the course and scope of his employment with Defendant Amuel Trucking LLC.  As a result, Defendant Amuel Trucking LLC is legally liable for the acts and omissions of negligence of Defendant Amanuel Tamrat under the doctrine of *respondeat superior*.

12.    Defendant Amuel Trucking LLC was negligent in hiring Defendant Amanuel Tamrat as a driver and negligent in allowing him to continue driving vehicles for them when they reasonably should have known that it was unsafe to do so.  It was also negligent in its

Copy from re:SearchTX

training of Defendant Amanuel Tamrat and its operation of its company vehicle system. Such negligence, singularity or in combination with others, proximately caused The Collision.

13.     Each of the foregoing acts or omissions, singularly or in combination with others, constituted negligence and/or negligence *per se* which proximately caused The Collision and Plaintiff, X.X. and XY.X.'s injuries and damages.

## **PERSONAL INJURIES AND DAMAGES**

14.      As a result of Defendants' negligent actions, Manuel Cardenas suffered personal injuries. Consequently, Manuel Cardenas seeks recovery of the following damages:

    a.    <u>Medical Expenses:</u>  Manuel Cardenas incurred bodily injuries, which were caused by The Collision and Manuel Cardenas incurred medical expenses for treatment of such injuries.  Manuel Cardenas believes that, in reasonable medical probability such injuries will require the need for future medical care.

    b.    <u>Physical Pain</u>:  Manuel Cardenas endured physical pain as a result of the personal injuries sustained in The Collision and reasonably anticipates such pain will continue in the future.

    c.    <u>Mental Anguish</u>:  Manuel Cardenas endured mental anguish as a result of the personal injuries sustained in The Collision and reasonably anticipates such mental anguish will continue in the future.

    d.    <u>Disfigurement</u>: Manuel Cardenas endured disfigurement as a result of the personal injuries sustained in The Collision and reasonably anticipates such disfigurement will continue in the future.

    e.    <u>Impairment</u>: Manuel Cardenas endured physical impairment as a result of the personal injuries sustained in The Collision and reasonably anticipates such impairment will continue in the future.

    f.    <u>Loss of Earning Capacity</u>:  Manuel Cardenas lost wages as a result of the personal injuries sustained in The Collision. Manuel Cardenas reasonably believes that such injuries will diminish Plaintiff's earning capacity in the future.

Copy from re:SearchTX

15.     As a result of Defendants' negligent actions, X.X. and XY.X. suffered personal injuries. Consequently, Manuel Cardenas, as Next Friend and Legal Guardian of X.X. and XY.X. seeks recovery of the following damages:

   a.   <u>Medical Expenses:</u>  X.X. and XY.X. incurred bodily injuries, which were caused by The Collision and Manuel Cardenas incurred medical expenses for treatment of such injuries.  Manuel Cardenas believes that, in reasonable medical probability such injuries will require the need for future medical care.

   b.   <u>Physical Pain</u>:  X.X. and XY.X. endured physical pain as a result of the personal injuries sustained in The Collision and Manuel Cardenas reasonably anticipates such pain will continue in the future.

   c.   <u>Mental Anguish</u>:  X.X. and XY.X. endured mental anguish as a result of the personal injuries sustained in The Collision and Manuel Cardenas reasonably anticipates such mental anguish will continue in the future.

   d.   <u>Disfigurement</u>: X.X. and XY.X. endured disfigurement as a result of the personal injuries sustained in The Collision and Manuel Cardenas reasonably anticipates such disfigurement will continue in the future.

   e.   <u>Impairment</u>: X.X. and XY.X. endured physical impairment as a result of the personal injuries sustained in The Collision and Manuel Cardenas reasonably anticipates such impairment will continue in the future.

## **AGGRAVATION**

16.     In the alternative, if it be shown that the Plaintiff, X.X. or XY.X. suffered from any pre-existing injury, disease and/or condition at the time of the incident made the basis of the lawsuit, then such injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the  Defendants.

## **PROPERTY DAMAGE**

17.     As a proximate result of the above-detailed conduct on the part of the Defendants, the vehicle Plaintiff was in at the time of the collision was damaged in an amount in excess of

Copy from re:SearchTX

the jurisdictional limits of this Court, for which the Defendants are hereby sued and recovery is sought.

## U.S. LIFE TABLES

18.     Notice is hereby given to the Defendants that Plaintiff intends to use the U. S. Life Tables as published by the Department of Health and Human Services - National Vital Statistics Report in the trial of this matter.  Plaintiff requests that this Honorable Court take judicial notice of those rules, regulations, and statutes of the United States and the State of Texas, pursuant to Texas Rule of Evidence 201 and 1005.

## RELIEF SOUGHT

19.     Pursuant to Texas Rules of Civil Procedure 193.7, notice is hereby given of the intention to use any of the documents exchanged and/or produced between any party during the trial of this case.  All conditions precedent to Plaintiff's right to recover the relief sought herein have occurred or have been performed.

20.     As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff states that the damages sought are in an amount within the jurisdictional limits of this Court.  As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff states that Plaintiff seeks monetary relief in excess of $1,000,000. As discovery takes place and testimony is given, Plaintiff will be in a better position to give the maximum amount of damages sought.

21.     Plaintiff requests that Defendants be cited to appear and answer, and that this case be tried after which Plaintiff recover:

   a.     Judgment against Defendants for a sum within the jurisdictional limits of this Court for the damages set forth herein;
   b.     Pre-judgment interest at the maximum amount allowed by law;
   c.     Post-judgment interest at the maximum rate allowed by law;
   d.     Costs of suit; and
   e.     Such other and further relief to which Plaintiff may be justly entitled.

Copy from re:SearchTX

Respectfully submitted,

*/s/ Ryan J Browne*

**Ryan J Browne**
State Bar No. 00796262
E-mail:  ryan@reyeslaw.com
**Alex Ivanov**
State Bar No. 24122529
E-mail:  alex@reyeslaw.com
**REYES BROWNE LAW**
8222 Douglas Avenue, Suite 400
Dallas, TX 75225
(214) 526-7900 Telephone
(214) 526-7910 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

Copy from re:SearchTX

Filed
7/18/2023 4:34 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Estefani Gonzalez



# BEVERLEY MCGREW WALKER
## Fort Bend County District Clerk
## 301 Jackson Street, Room 101
## Richmond, TX 77469

Telephone: (281) 341-4509
Fax: (281) 341-4519

# REQUEST FOR PROCESS
**All sections <u>must</u> be completed for processing this request.**

---

**Section 1:**
Cause No. 23-DCV-306138_____    Fort Bend County - 268th Judicial District Court

STYLE: _____ VS _____

---

**Section 2:**
## Check Process Type:
☐ Citation                                    ☐ Precept to Serve / Notice of Hearing

☐ Citation by Posting                         ☐ Citation by Commissioner of Insurance

☐ Temporary Restraining Order                 ☐ Notice of Registration of Foreign Judgment

☐ Citation by Secretary of State              ☐ Writ of _____

☐ Application for Protective Order / Temporary (Ex Parte) Protective Order

☐ Citation by Publication*:
    ☐ **Daily**: Fort Bend Herald    ☐ **Once a Week**: Fort Bend Independent
    ☐ **Other**: _____
    * In Accordance with the Fort Bend County Term Contract for Newspaper Publication of Legal Notices

☐ Other _____

☐ TCPRC 17.032 Citation by Publication *(Citation will be posted by the District Clerk's Office on the Office of Court Administration website)*

<span style="color:red">**REQUEST FOR ISSUANCE OF SUBPOENA MUST BE SUBMITTED ON A SUBPOENA APPLICATION FORM**</span>

---

**Section 3:**
## Title of Document/Pleading to be attached for service:_____

_____

_____

---

**Section 4:** ## PARTIES TO BE SERVED (Please type or print)**:**

1. Name:_____

   Address: _____

   City:_____ State:_____ Zip:_____

Copy from re:SearchTX

2. Name:_____

   Address: _____

   City:_____ State:_____ Zip:_____

3. Name:_____

   Address: _____

   City:_____ State:_____ Zip:_____

4. Name:_____

   Address: _____

   City:_____ State:_____ Zip:_____

**Section 5**

**Check Service Type –** Additional Fees Apply**:**

☐  Fort Bend County – Constable\*          ☐  District Clerk Service\*\*

☐  Fort Bend County – Sheriff\*             ☐  Certified Mail

☐  Registered Mail (Out of Country)       ☐  Not Applicable – See Section 7

\* Fort Bend County Constable and Sheriff will <u>only</u> serve within their jurisdiction.
\*\* Fort Bend County District Clerk's Office will <u>only</u> conduct service on Citation by Publications posted on the Office of Court Administration website.

**Section 6 (<u>ONLY</u> if Section 7 does not apply)**

**Please Note:  Our office will use the e-Service email address registered with the Texas State Bar.**

**Attorney Name:**_____

Address:_____
                                          Street/P.O. Box

_____   _____   _____
          City                      State                     Zip

Telephone No._____ Bar No. _____

**Section 7 (<u>ONLY</u> if Section 6 does not apply)**

**Pro-Se Name:**_____

Address:_____
                                          Street/P.O. Box

_____   _____   _____
          City                      State                     Zip

Telephone No._____ Email Address _____

**Pro-se Service Only:**

☐  e-Service\*          ☐  Mail to Pro-se Party\*          ☐  Hold for Pick up

\*Service will be mailed/emailed directly to pro-se party requesting issuance.

Copy from re:SearchTX

Filed
7/27/2023 4:39 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Estefani Gonzalez

# REYES | BROWNE

8222 Douglas Avenue, Suite 400
Dallas, Texas 75225
**www.ReyesLaw.com**
214.526.7900 T
877.308.7900 T
214.526.7910 F

**RE:**

ATTN:  STEPHANIE

Pursuant to our telephone conversation this date, I am hereby paying an additional $4 for citation issuance fee as instructed in the above referenced case.

Please issue citation and e-serve and/or email to AllianceTexas@hotmail.com.  Feel free to contact Christian Barragan-Boyne with any questions.

Thank you for your attention in this matter.

Sincerely,

/s/ Ryan J. Browne
Ryan J. Browne  SBN00796262
ryan@reyeslaw.com
REYES BROWNE LAW
8222 Douglas Ave., Ste. 400 Dallas, TX  75225
214-526-7900  /  214-526-7910  (fax)
ATTORNEYS FOR PLAINTIFF

Copy from re:SearchTX

**SERVICE FEE NOT COLLECTED**
**BY DISTRICT CLERK**

**THE STATE OF TEXAS**
**NONRESIDENT**
**CITATION**

TO:     **AMANUEL TAMRAT, WHO MAY BE SERVED BY SERVING**
        **C/O CHAIRMAN OF THE TRANSPORTATION COMMISSION**
        **125 E. 11TH STREET**
        **AUSTIN TX 78701**
        **WHO WILL THEN FORWARD TO THE DEFENDANT AT**
        **0308 REGENCY STATION DRIVE**
        **FAIRFX VA  20391**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION**  filed on **July 18, 2023,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **23-DCV-306138**  and is styled:

**MANUEL CARDENAS, INDIVIDUALLY AND AS NEXT FRIEND OF X.X. AND XY.X., MINORS V. AMUEL TRUCKING LLC AND AMANUEL TAMRAT**

The name and address of the attorney for **PLAINTIFF(S)** is:

**RYAN JON BROWNE**
**REYES BROWNE LAW**
**8222 DOUGLAS AVENUE SUITE 400**
**DALLAS TX  75225**
**214-526-7900**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION**  accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 28th day of July, 2023.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____

**Deputy District Clerk** ESTEFANI GONZALEZ
**Telephone:** (281) 344-3959

Copy from re:SearchTX

**23-DCV-306138**                                    **268th Judicial District Court**
**Manuel Cardenas, Individually and as Next Friend of X.X. and XY.X., Minors v. Amuel Trucking LLC and Amanuel Tamrat**

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20__, at _____ o'clock ___.M.   Executed at _____, within the County of _____

_____, at _____o'clock ___.M. on the _____ day of _____,

20__, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.


Total fee for serving ___ citation at $80.00 each  $_____


_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                                       (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                    (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.


_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)


### ORIGINAL


Citation issued to Amanuel Tamrat on 7/28/2023.

Copy from re:SearchTX

SERVICE FEE NOT COLLECTED
BY DISTRICT CLERK

**THE STATE OF TEXAS**
**NONRESIDENT**
**CITATION**

TO:    **AMANUEL TAMRAT, WHO MAY BE SERVED BY SERVING**
       **C/O CHAIRMAN OF THE TRANSPORTATION COMMISSION**
       **125 E. 11ᵀᴴ STREET**
       **AUSTIN TX 78701**
       **WHO WILL THEN FORWARD TO THE DEFENDANT AT**
       **0308 REGENCY STATION DRIVE**
       **FAIRFX VA  20391**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION**  filed on **July 18, 2023,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **23-DCV-306138** and is styled:

**MANUEL CARDENAS, INDIVIDUALLY AND AS NEXT FRIEND OF X.X. AND XY.X., MINORS V. AMUEL TRUCKING LLC AND AMANUEL TAMRAT**

The name and address of the attorney for **PLAINTIFF(S)** is:

**RYAN JON BROWNE**
**REYES BROWNE LAW**
**8222 DOUGLAS AVENUE SUITE 400**
**DALLAS TX  75225**
**214-526-7900**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION**  accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 28th day of July, 2023.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
**Deputy District Clerk** ESTEFANI GONZALEZ
**Telephone:** (281) 344-3959

**SERVICE**

Copy from re:SearchTX

23-DCV-306138                                    268th Judicial District Court
Manuel Cardenas, Individually and as Next Friend of X.X. and XY.X., Minors v. Amuel Trucking LLC and Amanuel
Tamrat

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20__, at _____ o'clock ___M.   Executed

at _____, within the County of _____

_____, at _____o'clock ___M. on the _____ day of _____,

20__, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first

attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of

delivery.

Total fee for serving ___ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                                          (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                          (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**SERVICE**

Copy from re:SearchTX

**SERVICE FEE NOT COLLECTED**
**BY DISTRICT CLERK**

**THE STATE OF TEXAS**
**NONRESIDENT**
**CITATION**

**TO:    AMANUEL TAMRAT, WHO MAY BE SERVED BY SERVING**
**C/O CHAIRMAN OF THE TRANSPORTATION COMMISSION**
**125 E. 11TH STREET**
**AUSTIN TX 78701**
**WHO WILL THEN FORWARD TO THE DEFENDANT AT**
**0308 REGENCY STATION DRIVE**
**FAIRFX VA  20391**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION**  filed on **July 18, 2023,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **23-DCV-306138** and is styled:

**MANUEL CARDENAS, INDIVIDUALLY AND AS NEXT FRIEND OF X.X. AND XY.X., MINORS V. AMUEL TRUCKING LLC AND AMANUEL TAMRAT**

The name and address of the attorney for **PLAINTIFF(S)** is:

**RYAN JON BROWNE**
**REYES BROWNE LAW**
**8222 DOUGLAS AVENUE SUITE 400**
**DALLAS TX  75225**
**214-526-7900**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION**  accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 28th day of July, 2023.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____

**Deputy District Clerk** Estefani Gonzalez
**Telephone:** (281) 344-3959

**SERVICE**

Copy from re:SearchTX

**23-DCV-306138**                                    **268th Judicial District Court**
**Manuel Cardenas, Individually and as Next Friend of X.X. and XY.X., Minors v. Amuel Trucking LLC and Amanuel Tamrat**

## SECRETARY OF STATE

Came to hand on the _____ day of _____, 20__, at _____ o'clock ___M.   Executed

at _____, within the County of _____

_____, at _____o'clock ___M. on the _____ day of _____,

20__, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first

attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of

delivery.

Total fee for serving ___ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

___

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                                              (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                                      (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

344-

Copy from re:SearchTX

**SERVICE FEE NOT COLLECTED**
**BY DISTRICT CLERK**

**THE STATE OF TEXAS**
**NONRESIDENT**
**CITATION**

TO:     **AMUEL TRUCKING LLC , WHO MAY BE SERVED BY SERVING**
        **THE SECRETARY OF STATE AT**
        **P.O. BOX 12079**
        **AUSTIN TX 78711**
        **WHO WILL THEN FORWARD TO THE DEFENDANT AT**
        **PRESIDENT AMANUEL TAMRAT**
        **1010 WOODBURY CIRCLE APT 302**
        **HARRISONBURG VA  22802**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION**  filed on **July 18, 2023,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **23-DCV-306138**  and is styled:

**MANUEL CARDENAS, INDIVIDUALLY AND AS NEXT FRIEND OF X.X. AND XY.X., MINORS V. AMUEL TRUCKING LLC AND AMANUEL TAMRAT**

The name and address of the attorney for **PLAINTIFF(S)** is:

**RYAN JON BROWNE**
**REYES BROWNE LAW**
**8222 DOUGLAS AVENUE SUITE 400**
**DALLAS TX  75225**
**214-526-7900**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION**  accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 28th day of July, 2023.**

                        **BEVERLEY MCGREW WALKER, DISTRICT CLERK**
                        **FORT BEND COUNTY, TEXAS**
                        Physical Address:
                        1422 Eugene Heimann Circle, Room 31004
                        Richmond, Texas 77469
                        Mailing Address:
                        301 Jackson Street, Room 101
                        Richmond, Texas 77469
                        By: _____
                        **Deputy District Clerk** ESTEFANI GONZALEZ
                        **Telephone:** (281) 344-3959

**23-DCV-306138**                                **268th Judicial District Court**
**Manuel Cardenas, Individually and as Next Friend of X.X. and XY.X., Minors v. Amuel Trucking LLC and Amanuel Tamrat**

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20___, at _____ o'clock ___M.   Executed at _____, within the County of _____

_____, at _____o'clock ___M. on the _____ day of _____,

20___, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving ___ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

<hr>

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                                        (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                                (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

### ORIGINAL

Citation issued to Amuel Trucking LLC  on 7/28/2023.

Copy from re:SearchTX

**SERVICE FEE NOT COLLECTED**
**BY DISTRICT CLERK**

THE STATE OF TEXAS
NONRESIDENT
CITATION

TO:     AMUEL TRUCKING LLC , WHO MAY BE SERVED BY SERVING
THE SECRETARY OF STATE AT
P.O. BOX 12079
AUSTIN TX 78711
WHO WILL THEN FORWARD TO THE DEFENDANT AT
PRESIDENT AMANUEL TAMRAT
1010 WOODBURY CIRCLE APT 302
HARRISONBURG VA  22802

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **July 18, 2023,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **23-DCV-306138**  and is styled:

**MANUEL CARDENAS, INDIVIDUALLY AND AS NEXT FRIEND OF X.X. AND XY.X., MINORS V. AMUEL TRUCKING LLC AND AMANUEL TAMRAT**

The name and address of the attorney for **PLAINTIFF(S)** is:

**RYAN JON BROWNE**
**REYES BROWNE LAW**
**8222 DOUGLAS AVENUE SUITE 400**
**DALLAS TX  75225**
**214-526-7900**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 28th day of July, 2023.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
    **Deputy District Clerk** ESTEFANI GONZALEZ
    **Telephone:** (281) 344-3959

**SERVICE**

Copy from re:SearchTX

23-DCV-306138                                      268th Judicial District Court
Manuel Cardenas, Individually and as Next Friend of X.X. and XY.X., Minors v. Amuel Trucking LLC and Amanuel
Tamrat

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20__, at _____ o'clock ___M.  Executed

at _____, within the County of _____

_____, at _____o'clock ___M. on the _____ day of _____,

20__, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first

attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of

delivery.

Total fee for serving ___ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                          (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                               (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

## SERVICE

Copy from re:SearchTX

**SERVICE FEE NOT COLLECTED**
**BY DISTRICT CLERK**

**THE STATE OF TEXAS**
**NONRESIDENT**
**CITATION**

TO:     **AMUEL TRUCKING LLC , WHO MAY BE SERVED BY SERVING**
        **THE SECRETARY OF STATE AT**
        **P.O. BOX 12079**
        **AUSTIN TX 78711**
        **WHO WILL THEN FORWARD TO THE DEFENDANT AT**
        **PRESIDENT AMANUEL TAMRAT**
        **1010 WOODBURY CIRCLE APT 302**
        **HARRISONBURG VA  22802**

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were
served this citation and **PLAINTIFF'S ORIGINAL PETITION**  filed on **July 18, 2023,** a default judgment may be
taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after
you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in
Richmond, Texas. It bears cause number **23-DCV-306138** and is styled:

**MANUEL CARDENAS, INDIVIDUALLY AND AS NEXT FRIEND OF X.X. AND XY.X., MINORS V. AMUEL
TRUCKING LLC AND AMANUEL TAMRAT**

The name and address of the attorney for **PLAINTIFF(S)** is:

**RYAN JON BROWNE**
**REYES BROWNE LAW**
**8222 DOUGLAS AVENUE SUITE 400**
**DALLAS TX  75225**
**214-526-7900**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S
ORIGINAL PETITION**  accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at
Richmond, Texas, **on this the 28th day of July, 2023.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
**Deputy District Clerk** Estefani Gonzalez
**Telephone:** (281) 344-3959

**SERVICE**

Copy from re:SearchTX

23-DCV-306138                                      268th Judicial District Court
Manuel Cardenas, Individually and as Next Friend of X.X. and XY.X., Minors v. Amuel Trucking LLC and Amanuel Tamrat

## SECRETARY OF STATE

Came to hand on the _____ day of _____, 20___, at _____ o'clock ____M.   Executed

at _____, within the County of _____

_____, at _____o'clock ____M. on the _____ day of _____,

20___, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first

attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of

delivery.

Total fee for serving ____ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By: _____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                                                  (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                            (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

344

Copy from re:SearchTX

Filed
8/7/2023 7:17 AM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Sylvie Le

## CAUSE NO. 23-DCV-306138

| | | |
|---|---|---|
| MANUEL CARDENAS, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY and A/N/F | § | |
| of X.X. and XY.X, MINORS | § | |
| | § | |
| V. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| AMUEL TRUCKING LLC and | § | |
| AMANUEL TAMRAT | § | 268TH JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **AMUEL TRUCKING LLC and AMANUEL TAMRAT**, Defendants named in the above entitled and numbered cause, and files this their Original Answer, and for same would respectfully show unto the Court as follows:

### I.
### GENERAL DENIAL

Defendants deny each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

### II.
### AFFIRMATIVE DEFENSE

Defendants assert the affirmative defense of contributory negligence as to the claims of Plaintiff, Manuel Cardenas, Individually, and would show that Plaintiff, Manuel Cardenas, Individually, is barred from recovery because his proportionate responsibility for causing or contributing to cause the harm for which recovery of damages is sought is greater than 50 percent.

### III.
### JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendants demand a trial by jury. Simultaneously with the filing of this demand, a jury fee is being paid on behalf of Defendants.

**DEFENDANTS' ORIGINAL ANSWER**

WHEREFORE, PREMISES CONSIDERED, Defendants **AMUEL TRUCKING LLC and AMANUEL TAMRAT** pray that the Plaintiff take nothing by this suit, that Defendants go hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**FEE, SMITH & SHARP, L.L.P.**

_____

**BRIAN G. CANO**
State Bar No. 24045613
**KYLE J. MOORE**
State Bar No. 24117775
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 362-8300
(713) 362-8302 [Fax]
bcano@feesmith.com
kmoore@feesmith.com

**ATTORNEYS FOR DEFENDANTS**
**AMUEL TRUCKING LLC and AMANUEL TAMRAT**

**CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served to all attorneys of record in this cause of action on the 7th day of August, 2023.

_____

**BRIAN G. CANO**

Page 2

**DEFENDANTS' ORIGINAL ANSWER**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Wendy Bennett on behalf of Brian Cano
Bar No. 24045613
wbennett@feesmith.com
Envelope ID: 78245647
Filing Code Description: Answer/Response
Filing Description: Defendants' Original Answer
Status as of 8/7/2023 9:11 AM CST

Associated Case Party: Manuel  Cardenas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Browne | | ryan@reyeslaw.com | 8/7/2023 7:17:35 AM | SENT |
| Alex Ivanov | | alex@reyeslaw.com | 8/7/2023 7:17:35 AM | SENT |
| Nirvana Hoolooman | | nirvana@reyeslaw.com | 8/7/2023 7:17:35 AM | SENT |
| Juanita Figueroa | | juanita@reyeslaw.com | 8/7/2023 7:17:35 AM | SENT |
| Nathan Boyne-Barragan | | Nathan@reyeslaw.com | 8/7/2023 7:17:35 AM | SENT |
| Gracie Cisneros | | Gcisneros@reyeslaw.com | 8/7/2023 7:17:35 AM | SENT |
| Augustine Hernandez | | augustine@reyeslaw.com | 8/7/2023 7:17:35 AM | SENT |
| Lovely Arzaga | | lovely@reyeslaw.com | 8/7/2023 7:17:35 AM | SENT |

Associated Case Party: Amuel Trucking LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wendy Bennett | | wbennett@feesmith.com | 8/7/2023 7:17:35 AM | SENT |
| Brian G.Cano | | bcano@feesmith.com | 8/7/2023 7:17:35 AM | SENT |
| Kyle Moore | | kmoore@feesmith.com | 8/7/2023 7:17:35 AM | SENT |
| Katherine Villegas | | kvillegas@feesmith.com | 8/7/2023 7:17:35 AM | SENT |